IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILDA WRIGHT | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-847 |
| | : | |
| MRS. ASSOCIATES. | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 25th day of April, 2017, upon consideration of the representations made by counsel in the fax correspondence dated April 25, 2017, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** pursuant to Local Rule 41.1(b).[1]  The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.

---

[1] This Court does not retain jurisdiction beyond the 90-day period permitted under Local Rule 41.1(b).  *See Preitz v. Am. Airlines, Inc.*, No. 11-44, 2017 WL 118092 (E.D. Pa. Jan. 11, 2017).